David R. Casady, Esq. (SBN 273282)
Amanda N. Griffith, Esq. (SBN 288164)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
2390 Professional Drive
Roseville, California 95661
Telephone: (916) 846-9391
Facsimile: (916) 672-9290

Attorneys for Defendant
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SCHNEIDER, | ) | CASE NO: 2:19-CV-01119-MWF (SKx) |
| Plaintiff, | ) | **DEFENDANT, RASH CURTIS &** |
| | ) | **ASSOCIATES' NOTICE OF MOTION AND** |
| vs. | ) | **MOTION TO DISMISS PLAINTIFF'S** |
| | ) | **COMPLAINT [FRCP, RULE 12(b)(1) and** |
| RASH CURTIS & ASSOCIATES, | ) | **(6)]** |
| Defendant. | ) | Date:      May 6, 2019 |
| | ) | Time:      10:00 a.m. |
| | ) | CRTRM:  5A |
| | ) | |

## NOTICE OF MOTION

TO THE PLAINTIFF AND HIS COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on May 6, 2019 at 10:00 a.m. in Courtroom 5A, 15th Floor, in the above-entitled Court located at the First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Defendant will, and hereby does move this Court for an order dismissing each and every claim or cause of action plead in Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and 12(b)(6).

This motion is made on the grounds that the allegations in Plaintiff's Complaint are preempted by the Bankruptcy Code and are insufficient to state a claim as a matter of law.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support of this Motion, all pleadings and other papers on

1   file in this action, and upon such other matters as may be presented to the Court at the time of the

2   hearing.

3         This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took

4   place on March 28, 2019.

5   DATED: April 5, 2019                                        BERMAN BERMAN BERMAN
6                                                                              SCHNEIDER & LOWARY, LLP

7                                                                                    */S/ Amanda N. Griffith*
                                                                 By:_____
8                                                                              DAVID R. CASADY, ESQ.
9                                                                              AMANDA N. GRIFFITH, ESQ.
                                                                               Attorneys for Defendant,
10                                                                            RASH CURTIS & ASSOCIATES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Debbie A. Main, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause.  My business address is 2390 Professional Drive, Roseville, CA 95661.

On April 5, 2019, I served the following document(s) on the parties in the within action:

| X | I hereby certify that on **April 5, 2019**, a copy of the foregoing list of documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.<br><br>**DEFENDANT, RASH CURTIS & ASSOCIATES'  NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP, RULE 12(b)(1** |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on April 5, 2019.

By: _____

**Service List**

Nicholas M. Wajda, Esq.
WAJDA LAW GROUP, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064
Tel: (310) 997-0471
Fax: (866) 286-8433
Email: nick@wajdalawgroup.com
**Attorney for PLAINTIFF**
**THOMAS SCHNEIDER**

Nathan C. Volheim, Esq.
Director of Team Eagle
Atlas Consumer Law - Division of Sulaiman Law Ltd.
2500 S. Highland Ave., Ste.200
Lombard, Illinois 60148
Phone (630) 568-3056
Fax (630) 575 – 8188
Email:nvolheim@sulaimanlaw.com
**ADMITTED PRO HAC VICE**