NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHNEIDER,<br><br>            Plaintiff,<br><br>   v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>            Defendant. | Case No. 2:19-cv-01119-MWF-SK<br><br>**ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS** |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO MOTION TO DISMISS

This matter comes before the Court on Plaintiff's Motion For Extension of Time to File Response to Motion to Dismiss [Dkt. 12.] The Court, being duly advised, hereby **ORDERS:**

    1. Plaintiff shall have until May 6, 2019 to file a Response to Defendant's Motion to Dismiss.

1

2. Defendant shall File an optional reply to Plaintiff's Response to its Motion to Dismiss within 7 days after the opposition is filed.

3. The hearing set on Defendant's Motion to Dismiss is continued to May 20, 2019 at 10:00 a.m.

Dated: April 23, 2019

_____
United States Judge