NATHAN C. VOLHIEM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS SCHNEIDER,<br><br>Plaintiff,<br><br>v.<br><br>RASH, CURTIS & ASSOCIATES,<br><br>Defendant. | Case No. 2:19-cv-01119-MWF-SK<br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLMENT

PLEASE TAKE NOTICE THOMAS SCHNEIDER, ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 17th day of June 2019.

s/ Nathan C. Volheim
Nathan C. Volheim
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
ecoleman@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Nathan C. Volheim*
Nathan C. Volheim

2