NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCHNEIDER, | Case No. 2:19-cv-01119-MWF-SK |
| Plaintiff, | **AGREED STIPULATION OF DISMISSAL** |
| v. | |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, THOMAS SCHNEIDER, and the Defendant, RASH CURTIS & ASSOCIATES, through their respective counsel that the above-captioned action is dismissed, with prejudice, against RASH CURTIS & ASSOCIATES, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 1, 2019                           Respectfully Submitted,

**THOMAS SCHNEIDER**                      **RASH CURTIS & ASSOCIATES**

/s/ Nathan C. Volheim                          /s/ Amanda N. Griffth (*with consent*)
Nathan C. Volheim, Admitted Pro Hac Vice       Amanda N. Griffth
*Counsel for Plaintiff*                          *Counsel for Defendant*

1

Sulaiman Law Group, Inc
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax  (916) 846-9391
nvolheim@sulaimanlaw.com

Berman Berman Berman Schneider &
, LLP
2390 Professional Drive
Roseville, CA 95661
Phone: (916) 846-9391
angriffith@b3law.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim

2